PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| CASE NUMBER *(Tran. Court)* | 02-CR00293-1 |
| CASE NUMBER *(Rec. Court)* | 04-10205 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| William Thrasher<br>53 Lakeshore Dr<br>East Falmouth, Massachusetts 02536 | Eastern District of Pennsylvania | | |
| | NAME OF SENTENCING JUDGE: John R. Padova | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/07/04 | TO 03/06/09 |

OFFENSE: Interference with flight attendant

FILED JUL 2 3 2004

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/16/2004
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 1, 2004
*Effective Date*

William G. Young
*United States District Judge*

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 7-26-04
ATTEST: [signature]
UNITED STATES DISTRICT COURT
OF PENNSYLVANIA

ENTERED
JUL 2 3 2004
CLERK OF COURT