UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CR10205-WGY |
| | ) | |
| WILLIAM THRASHER | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, William Thrasher, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: February 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, this document was filed through the ECF system and sent to William Thrasher located in East Falmouth, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney